## Morris Katz, Defendant in Error, v. Joseph Elia, Plaintiff in Error.

### Gen. No. 23,516.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOHN STELK, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed January 28, 1918.

### Statement of the Case.

Action by Morris Katz, plaintiff, against Joseph Elia, defendant, in garnishment. From a judgment for plaintiff, defendant brings error.

For the opinion on another branch of same case, see Gen. No. 23,434, *ante*, p. 113.

A. G. DICUS, for plaintiff in error.

HAROLD J. FINDER, for defendant in error; SAMUEL BERENBAUM, of counsel.

MR. PRESIDING JUSTICE HOLDOM delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

## Abstract of the Decision.

1. APPEAL AND ERROR. § 1098*—*citing of authority.* Sustaining authority should be cited upon legal propositions stated by counsel on appeal.

2. JUDGMENT, § 277*—*when discretion not abused in denying motion to vacate.* A motion to vacate a judgment against a garnishee on the ground that there was a claim of attorney's lien upon the judgment upon which the garnishment proceeding was based and that notice of such claim was served prior to entry of the judgment, but that the garnishee did not know the legal effect of the notice, *held* properly denied, and such denial not an abuse of discretion, as such evidence was not newly discovered, and if such claim was a defense it should have been interposed at the trial.